# United States District Court
# Western District of North Carolina

|  |  |  |
|---|---|---|
| | ) | JUDGMENT IN CASE |
| Rachel Ellen Cain, | ) | |
| Plaintiff(s), | ) | 1:12-cv-00310-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| Michael J. Astrue, | ) | |
| Defendant(s). | ) | |

## Asheville Division

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 12, 2013 Order.

February 12, 2013

Frank G. Johns, Clerk
United States District Court